# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF FLORIDA, ex. rel. JEFFERY BOUDETTE and JAMES MEZHERITSKIY, <br><br> Relators, <br><br> v. <br><br> SEBASTIAN PHARMACY, LLC, d/b/a SEBASTIAN DISCOUNT PHARMACY; ALKESH SHASTRI; HINA SHASTRI; MALABAR PHARMACY, LLC, d/b/a MALABAR DISCOUNT PHARMACY; and TITUSVILLE PHARMACY, LLC, d/b/a TITUSVILLE DISCOUNT PHARMACY, <br><br> Defendants. | CASE NO.: 6:19-cv-1669-CEM-LHP |

### DEFENDANTS' SEBASTIAN PHARMACY, LLC D/B/A SEBASTIAN DISCOUNT PHARMACY AND HINA SHASTRI'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND SUPPORTING MEMORANDUM

Defendants Sebastian Pharmacy, LLC d/b/a Sebastian Discount Pharmacy and Hina Shastri (collectively "Defendants"), by and through their undersigned counsel and pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 3.01, hereby move for a 60-day extension of time within which to answer or otherwise respond to Relators Jeffrey Boudette and James

Mezheritskiy's (collectively "Relators") Complaint. In support of this motion Defendants state as follows:

1. On or about August 27, 2019, Relators filed the Complaint in the above-captioned matter.

2. Service of the Complaint on Defendants occurred on April 28, 2022.

3. Defendants' response therefore is due to be filed on or before May 19, 2022.

4. Counsel for the Defendants was recently retained and is in the process of reviewing the Complaint.

5. Defendants respectfully request a 60-day extension of time, up to and including July 18, 2022, in order to fully investigate the allegations set forth in the Complaint and to answer or otherwise respond to the Complaint.

6. In addition to the recent retention, the complexity of the legal issues posed by the Complaint requires additional time to fashion an appropriate response.

7. The request for an extension of time is made in a timely fashion, in good faith and not for the purpose of delay, and it is without waiver of any of Defendants' rights or defenses, all of which are expressly reserved.

8. Relators, moreover, have consented to the requested extension of sixty (60) days.

9. Granting Defendants' request for an extension of time will not prejudice any party.

## MEMORANDUM OF AUTHORITIES

When the federal rules require or allow an act to be done within a specified period, the Court for cause shown, may order that period enlarged. *See* Fed. R. Civ. P. 6(b). It has been stated that a rule of liberality ordinarily should apply in the granting of extensions of time when the period to act has not elapsed, the moving party is guilty of no bad faith or negligence, the privilege of extensions has not been abused, and there is no prejudice to the parties. 1 *Moore's Federal Practice*, Section 6.06[1][a]. All of these factors are applicable here and support the requested extension of time to respond to the Complaint in this matter.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), the undersigned certifies that Defendants' counsel conferred with Relators' counsel, Jill S. Schwartz. Ms. Schwartz agreed to the relief sought in this motion.

WHEREFORE, for the foregoing reasons, Defendants respectfully requests that the Court grant this motion and that Defendant be permitted up to and including July 18, 2022, to file and serve their response to the Complaint in this action.

DATED this 18th day of May, 2022.

    Respectfully submitted,

    FORD**HARRISON**LLP

    <u>/s/ R. Michelle Tatum</u>
    Louis D. Wilson (Trial Counsel)
    Florida Bar Number 62257
    ldwilson@fordharrison.com
    R. Michelle Tatum
    Florida Bar Number 816051
    mtatum@fordharrison.com
    100 Rialto Place, Suite 610
    Melbourne, Florida  32901
    T (321) 724-5970 | F (321) 724-5979

    *Attorneys for Defendants, Sebastian Pharmacy, LLC d/b/a Sebastian Discount Pharmacy and Hina Shastri.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court the CM/ECF system, on May 18, 2022, which will send a notice of electronic filing to all counsel of record.

    <u>/s/ R. Michelle Tatum</u>
    Attorney

WSACTIVELLP:13126645.1